**MARSHALL BROTHERS LUMBER CO. v. COMMISSIONER OF INTERNAL REVENUE.**

Nos. 5460, 5461.

Circuit Court of Appeals, Sixth Circuit.

April 7, 1931.

Harry Schwartz, of Washington, D. C., for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Order of Board of Tax Appeals reversed, and cause remanded pursuant to stipulation of counsel.

**A. R. MOORE, Appellant, v. Finch R. ARCHER, Warden of the U. S. Penitentiary at McNeil Island, Washington, Appellee.**

No. 6610.

Circuit Court of Appeals, Ninth Circuit.

Sept. 14, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and WEBSTER, District Judge.

PER CURIAM.

Pursuant to motion of counsel for the appellee, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.

**In the Matter of Geo. F. NISSEN, as Trustee in Bankruptcy of Hyman AUGUST, Bankrupt, Petitioner.**

No. 3203.

Circuit Court of Appeals, Fourth Circuit.

July 8, 1931.

Carlisle, Brown & Carlisle, of Spartanburg, S. C., for petitioner.

PER CURIAM.

Order denying appeal filed.